UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE APPLICATION OF THE ) <br> UNITED STATES OF AMERICA FOR ) <br> AN ORDER AUTHORIZING THE ) <br> INSTALLATION AND USE OF PEN ) <br> REGISTERS AND TRAP AND ) <br> TRACE DEVICES ) | Case No.  16-1780 <br><br> **UNDER SEAL** |

## ORDER

Assistant United States Attorney Michael A. Comber, on behalf of the United States, has submitted an application pursuant to 18 U.S.C. §§ 3122 and 3123, requesting that the Court issue an Order authorizing the installation and use of pen registers and trap and trace devices ("pen-trap devices") on the substitute servers and other infrastructure established by the Government pursuant to the Temporary Restraining Order and Order to Show Cause signed by this Court in the matter of *United States v. "flux"*, et al. (the "TRO").

The Court finds that an attorney for the government has submitted the application and has certified that the information likely to be obtained by such installation and use is relevant to an ongoing criminal investigation being conducted by the Federal Bureau of Investigation of unknown individuals in connection with possible violations of *inter alia*, 18 U.S.C. §§ 1030, 1343, and 1344.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 3123, that the Federal Bureau of Investigation may install and use pen-trap devices to record, decode, and/or capture dialing, routing, addressing, and signaling information for each communication sent by the Avalanche infrastructure and the malware systems that traverse it to the substitute servers and other infrastructure established by the Government pursuant to the TRO, including the date, time, and duration of the communication.

6

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3123(c)(1), that the use and installation of the foregoing is authorized for sixty days from the date of this Order;

IT IS FURTHER ORDERED that the Clerk of the Court shall provide the Department of Justice with certified copies of this application and Order;

IT IS FURTHER ORDERED that the application and this Order are sealed until sealed until further order of the Court, pursuant to 18 U.S.C. § 3123(d)(1).

11/29/16
Date

HON. ARTHUR J. SCHWAB
UNITED STATES DISTRICT JUDGE

7